UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
U.S. BANK NATIONAL ASSOCIATION, :
:
                       Plaintiff, :        20-CV-8801 (JMF)
:
     -v-                                 :            ORDER
:
950 ROGERS PLACE, LLC et al., :
:
                     Defendants. :
:
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the COVID-19 situation, the Court will not hold the upcoming conference in this case in person. Due to the upcoming holidays, counsel should submit their proposed case management plan and joint letter by **December 29, 2020**, the contents of which are described in the Court's earlier Scheduling Order. *See* ECF No. 7. In their joint letter, the parties should also indicate whether they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial conference by telephone, albeit perhaps at a different time. To that end, counsel should indicate in their joint letter dates and times during the week of the conference that they would be available for a telephone conference. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://nysd.uscourts.gov/hon-jesse-m-furman.

       SO ORDERED.

Dated: December 22, 2020                      _____
       New York, New York                            JESSE M. FURMAN
                                                               United States District Judge