UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                       :

U.S. BANK NATIONAL ASSOCIATION,

                       Plaintiff,

                     20-CV-8801 (JMF)

     -v-

                     ORDER

950 ROGERS PLACE, LLC et al.,

                       Defendants.

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the discovery conference held on the record earlier today:

- The Case Management Plan and Scheduling Order, ECF No. 21 ("CMP"), is amended as follows:

    o Amended pleadings may not be filed and additional parties may not be joined except with leave of the Court. Any motion to amend or to join additional parties shall be filed no later than **March 17, 2021.**

    o All fact discovery shall be completed no later than **May 15, 2021.**

    o All expert discovery, including reports, production of underlying documents, and depositions, shall be completed no later than **June 14, 2021.**

    o The next pretrial conference is adjourned to **May 19, 2021,** at **3:30 p.m.**

- All other dates and deadlines remain in effect. (As noted in the CMP, the parties may agree in writing to change any interim discovery deadlines.)

- The parties shall promptly notify the Court if they reach a settlement agreement.

       SO ORDERED.

Dated: January 26, 2021
       New York, New York

                                             JESSE M. FURMAN
                                             United States District Judge